UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUNG DUY NGUYEN,

           Plaintiff,

    v.

U.S. DEPARTMENT OF HOMELAND SECURITY,

           Defendant.

Case No.  2:25-cv-02020-DJC-CSK (PS)

ORDER

(ECF No. 13.)

On April 30, 2026, the Magistrate Judge filed findings and recommendations (ECF No. 12), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On May 12, 2026, Plaintiff filed objections to the findings and recommendations (ECF No.13). The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review.  The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations (ECF No. 12) are ADOPTED IN FULL;

1

2.      Plaintiff's action is DISMISSED; and

3.      The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:    **June 12, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/nguy25cv2020.JO.obj

2